An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
CHARLES C. LOBELLO, ESQ., BAR
NO. 5052.

No. 63040

**FILED**

JUL 29 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY *R. Malone*
DEPUTY CLERK

## ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD

This is a petition pursuant to SCR 111(4) by bar counsel based on attorney Charles C. Lobello's conviction, pursuant to a guilty plea, of one count of tax evasion, a felony. *See* 26 U.S.C. § 7201. Lobello informed bar counsel of his conviction.[1] *See* SCR 111(2).

When an attorney has been convicted of a serious crime, SCR 111 provides that this court shall enter an order suspending that attorney. *See* SCR 111(7). A felony is explicitly a "serious crime" under SCR 111, and a guilty plea constitutes a "conviction." SCR 111(1), (6). Lobello pleaded guilty to a felony and has therefore been convicted of a serious crime for purposes of SCR 111.

---

[1]Lobello pleaded guilty to the count of tax evasion in July 2012, which constitutes a "conviction" under SCR 111(1). He did not inform the state bar until December 2012, which constitutes untimely reporting under SCR 111(2).

13-22297

Accordingly, we temporarily suspend Lobello from the practice of law and refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed. *See* SCR 111(7), (8).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Phillip J. Pattee, Assistant Bar Counsel
Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Board
Kimberly K. Farmer, Executive Director, State Bar of Nevada
John Lusk, Esq.
Perry Thompson, Admissions Office, United States Supreme Court